# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Laura Hallen

                Plaintiff,

v.                                                 Case No.: 1:20–cv–06768

                                                              Honorable Sara L. Ellis

Kellen Company

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 13, 2021:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation of dismissal [5], this Court dismisses this matter with prejudice and with each party to bear its own costs and fees. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.